# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161730(28)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARIO ESTUARDO CARINES,
     Defendant-Appellant.
_____/

SC: 161730
COA: 351600
Kent CC: 94-000501-FC

On order of the Chief Justice, the motion of defendant-appellant to hold the case in abeyance for six months to allow newly retained counsel to review and supplement the record is GRANTED.  The case is held in abeyance until November 29, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2021



Clerk